# EXHIBIT "6"

 

# OHIO ELECTION COMPLAINT

Contents

A.  Cover letter ............................................................................................................................... 3

B.  Ohio Election Validity Scorecard ................................................................................................. 4

C.  Detailed summary with extraction code ....................................................................................... 5

D.  Inventory of files on USB drive: extraction files, output files, statewide voter rolls .............................. 133

E.  USB drive

Thomas Wood
State Chapter Director for Ohio
United Sovereign Americans
380 Meadow Lane
Wooster, OH 44691
(330) 466-5850
thomas.wood@usa4freedom.org

January 19, 2024

Frank LaRose
Ohio Secretary of State
180 Civic Center Dr.
Columbus, OH 43215

Mr. LaRose:

My name is Thomas Wood. I am State Chapter Director for Ohio for United Sovereign Americans and am submitting this complaint on behalf of the citizens of Ohio.

As can be seen from the attached documents, it appears that there are serious breaches of statutory standards on both the Federal and state level required by the law. In total, more than one million potential voter irregularity/registration cases would either need to be explained or classified as illegal votes, obviously 1) affecting compliance with Federal and state vote procedure requirements, 2) reflecting election results certified as legal but which in fact were illegal, and 3) reflecting possible election fraud in Ohio during the 2022 general election.

Let me stress that this is not a vague complaint of election fraud conspiracy. Nor is not an attempt to overturn any particular election result. It is intended, however, to point up what may be ongoing illegal procedures and a failure to follow the law in elections in Ohio. If this is the case, they must be identified and remedied.

If you choose to dismiss the facts forming the basis of this inquiry, further action will be pursued. We would hope, however, that you would thoroughly investigate, satisfactorily explain, and provide a meaningful response to our work reflecting more than a million potential anomalies and potential violations of state and Federal law, rules, and procedures, affecting more than 600,000 unique votes. While we do not know who is responsible for these anomalies, we do know who certified election results apparently contrary to standards for error, accuracy, and compliance. We hope that the facts are recognized, investigated, and explained.

Our concern, obviously, is that the resulting election certification apparently was made despite objective, factual data raising concerns that the State had massively compromised systems, and that the certification may represent serious disregard of the voters' civil and constitutional rights within the state.

We ask for a response of intentions from you within ten days. I have attached 1) our summary report (Ohio's 2022 General Election Validity Scorecard); 2) a detailed summary of our method of analysis; 3) an inventory spreadsheet listing all files provided on the enclosed USB drive, including extraction files and output files for all anomalies referenced in the summary report, as well as copies of the state data files interrogated; and one SanDisk brand 32 GB USB drive with 164 files on it, matching the inventory spreadsheet. This analysis used data provided by the State.

Sincerely,


Thomas Wood

3