# EXHIBIT "7"

**Subject:** Ohio Voter Registration Data
**Date:** Friday, January 26, 2024 at 3:00:47 PM Eastern Standard Time
**From:** Jaffe, Josh
**To:** thomas.wood@usa4freedom.org
**Attachments:** image001.png

Mr. Wood,

I am in receipt of your letter dated January 19 regarding an analysis of the public voter registration database.

The primary goal of the new DATA Act legislation passed several months ago is to clean up the Ohio voter registration rolls and implement standard data definitions for Boards of Elections to use. The Office of Data Analytics and Archives was created within the Secretary of State's office to identify and address exactly these types of issues, both retroactively to fix existing problems and proactively to refine our data validation processes so they don't continue to appear.

The bottom-up structure of Ohio's elections administration requires us to work with each county Board of Elections to resolve issues like this. The county-maintained voter registration list is the official list, and the copy we maintain at the Secretary of State's office and publish on our website is only a mirror. Unfortunately that means while identifying these issues is fairly straightforward, we can't just edit the voter's record to make a correction once they are discovered.

The key to getting these issues resolved long-term is a refinement of our voter file audit process to make flagging and correcting voter records as seamless as possible for each county Board of Elections. There is significant county-by-county variation in staffing, IT expertise and database technology so this will not be a one-size-fits-all solution, but we are working on it. This is the Data Team's top priority.

It was very helpful to share the types of issues you have encountered through your analysis of the public voter file. The core problem is almost always human data entry. That means we don't just need to fix the issues that currently exist, we need to take a systematic approach to identifying and fixing issues on an ongoing basis since human data entry errors will always be a factor.

The DATA Act gives us the tools to ensure that data standardization is enforced across all counties and issues like these are quickly identified and resolved, but it requires technical system and human process changes at every BOE as well as within the Secretary of State's office. It is vital that we get those changes implemented in a timely manner, but it is just as important that they are implemented carefully and do not cause any disruption to voters' ability to register and participate in elections.

Please keep us informed about any additional data issue types you encounter so we can make sure we are taking that information into account as work progresses.



**Josh Jaffe | Data Analytics Manager**
Office of the Ohio Secretary of State
T: 614.696.6414
OhioSoS.gov

This message and any response to it may constitute a public record and thus may be publicly available to anyone who requests it.